Senycia v Vosseler (2023 NY Slip Op 03601)

Senycia v Vosseler

2023 NY Slip Op 03601

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, MONTOUR, AND OGDEN, JJ.

336 CA 22-01325

[*1]JEAN SENYCIA, PLAINTIFF-APPELLANT,
v
PHILIP VOSSELER, DEFENDANT-RESPONDENT, ET AL., DEFENDANTS. (APPEAL NO. 2.) 

CAMPBELL & ASSOCIATES, HAMBURG (JASON M. TELAAK OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
CHELUS HERDZIK SPEYER & MONTE, P.C., BUFFALO (CANIO JOSEPH MARASCO, III, OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered August 13, 2022. The judgment dismissed the complaint against defendant Philip Vosseler upon a jury verdict. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.
Same memorandum as in Senycia v Vosseler ([appeal No. 1] — AD3d — [June 30, 2023] [4th Dept 2023]).
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court